IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00921-AP

SAU NGUYEN, SSN: XXX-XX-6212

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Katherine McClure | David M. Gaouette |
| Sawaya, Rose, Kaplan, Wilkinson & McClure, P.C. | United States Attorney |
| 1600 Ogden Street | Kevin T. Traskos |
| Denver, Colorado 80218 | Deputy Civil Chief |
| kmcclure@sawayalaw.com | United States Attorney's Office |
|  | District of Colorado |
|  |  |
|  | Stephanie Lynn F. Kiley |
|  | Special Assistant United States Attorney |
|  | Office of the General Counsel |
|  | Social Security Administration |
|  | 1961 Stout Street, 1001A |
|  | Denver, Colorado 80294 |
|  | (303) 844-0815 |
|  | Stephanie.kiley@ssa.gov |

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

   A. Date Complaint was filed:                              April 23, 2010
   B. Date Complaint was served on U.S. Attorney's Office:   April 26, 2010
   C. Date Answer and Administrative Record were filed:      June 22, 2010

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

6. STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7. OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

8. BRIEFING SCHEDULE

   A. Plaintiff's opening brief due              August 10, 2010
   B. Defendant's response brief due             September 9, 2010
   C. Plaintiff's reply brief (if any) due       September 24, 2010

9. STATEMENTS REGARDING ORAL ARGUMENT

   A. Plaintiff does not request oral argument.
   B. Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PRROF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 1st day of July, 2010.

                                            BY THE COURT:


                                            *s/John L. Kane*
                                            U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Katherine McClure | DAVID M. GAOUETTE |
| Katherine McClure | United States Attorney |
| Sawaya, Rose, Kaplan, Wilkinson | |
|    & McClure, P.C. | Kevin T. Traskos |
| 1600 Ogden Street | Deputy Civil Chief, U.S. Attorney's Office |
| Denver, Colorado 80218 | District of Colorado |
| kmcclure@sawayalaw.com | |
| | s/Stephanie Lynn F. Kiley |
| | Stephanie Lynn F. Kiley |
| | Special Assistant United States Attorney |
| | Office of the General Counsel, SSA |
| | 1961 Stout Street, 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-0815 |
| Stephanie.kiley@ssa.gov | |